RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SHARI L. KAUFMAN
Assistant Federal Public Defender
State Bar No. 004461
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Allan Dobkowski

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-0070-GMN-PAL |
| Plaintiff, | JOINT ~~PROPOSED~~ ORDER |
| vs. | |
| ALLAN DOBKOWSKI, | |
| DefendantSs. | |

COMES NOW, the Defendant Allan Dobkowski, by and through his attorney of record, Shari L. Kaufman, Assistant Federal Public Defender, and hereby submits this Joint Proposed Order regarding a Modification of Pretrial Release. The parties have agreed to allow Mr. Dobkowski to travel on Saturday, October 19, 2013, returning Saturday, October 26, 2013 with GPS monitoring. Mr. Dobkowski will pay for all costs relative to the GPS monitoring and will have this condition removed upon his return.

DATED this 18th day of October, 2013.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Shari L. Kaufman*<br>By:_____<br>SHARI L. KAUFMAN<br>Assistant Federal Public Defender | */s/ Cristina D. Silva for*<br>By:_____<br>ANDREW DUNCAN<br>United States Attorney |

By:/s/ *Erin Oliver*_____
ERIN OLIVER
Supervising U.S. Pretrial Services Officer

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | 2:13-cr-00070-GMN-PAL |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ALLAN DOBKOWSKI, | |
| Defendant. | |

IT THEREFORE ORDERED that the Defendant Allan Dobkowski modify his condition of Pretrial Release to travel to Florida with GPS monitoring on Saturday, October 19, 2013, returning Saturday, October 26, 2013.

IT IS FURTHER ORDERED that Defendant Allan Dobkowski will pay for all costs relative to GPS monitoring for the dates of Saturday, October 19, 2013 returning Saturday, October 26, 2013. The condition of GPS monitoring will be removed upon his return.

DATED 18th day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE