

FILED _____
____ ENTERED
_____ RECEIVED
_____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR – 6 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-CR-070-GMN-(PAL) |
| Plaintiff, | ) |
| v. | ) Preliminary Order of Forfeiture |
| ALLAN DOBKOWSKI, | ) |
| Defendant. | ) |

This Court finds that defendant Allan Dobkowski pled guilty to Count One of a Thirty-One-Count Criminal Indictment charging him with Conspiracy to Conduct an Illegal Gambling Business in violation of Nevada Revised Statutes 463.160, 463.430, 464.010, 464.070, 465.092, and 465.093 and Title 18, United States Code, Sections 371 and 1955. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 189; Plea Agreement, ECF No. 190.

This Court finds defendant Allan Dobkowski agreed to the forfeiture of the property and the imposition of the in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 189; Plea Agreement, ECF No. 190.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant Allan Dobkowski pled guilty.

/ / /

1    The following property and money judgment are (1) any property, real or personal, which

2    constitutes or is derived from proceeds traceable to violations of Nevada Revised Statutes

3    463.160, 463.430, 464.010, 464.070, 465.092, and 465.093 and Title 18, United States Code,

4    Section 1955, a specified unlawful activity as defined in Title 18, United States Code, Sections

5    1956(c)(7)(A) and 1961(1)(B) or Title 18, United States Code, Section 371, conspiracy to

6    commit such offenses and (2) any property, including money, used in violations of Nevada

7    Revised Statutes 463.160, 463.430, 464.010, 464.070, 465.092, and 465.093 and Title 18, United

8    States Code, Section 1955, and are subject to forfeiture pursuant to Title 18, United States Code,

9    Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) and Title 18, United

10   States Code, Section 1955(d) with Title 28, United States Code, Section 2461(c):

11        1.  $2,000.00;

12        2.  $430.13;

13        3.  $3,145.42;

14        4.  $10,345.25;

15        5.  $58,951.42;

16        6.  $1,000.65;

17        7.  $818.33;

18        8.  $30,045.00;

19        9.  $1,903.48;

20        10. $49,205.27;

21        11. $4,000.00;

22        12. $53,500.00;

23        13. $7,638.45;

24        14. $5,891.45;

25        15. $5,884.68;

26        16. $64,361.89;

17. $34,535.00;

18. $2,400.00;

19. $9,088.28;

20. $22,038.49;

21. $5,664.61;

22. $2,078.12; and

23. $10,935.71

(all of which constitutes property)

and an in personam criminal forfeiture money judgment of $533,091, held jointly and severally liable with any codefendants, and that the property will be applied toward the payment of the money judgment.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States recover from Allan Dobkowski an in personam criminal forfeiture money judgment of $533,091.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of Allan Dobkowski in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served

3

1  with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code,

2  Section 853(n)(2).

3      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or

4  entity who claims an interest in the aforementioned property must file a petition for a hearing to

5  adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be

6  signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code,

7  Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature

8  and extent of the petitioner's right, title, or interest in the forfeited property and any additional

9  facts supporting the petitioner's petition and the relief sought.

10     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

11  filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no

12  later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than

13  sixty (60) days after the first day of the publication on the official internet government forfeiture

14  site, www.forfeiture.gov.

15     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if

16  any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at

17  the following address at the time of filing:

18          Daniel D. Hollingsworth
            Assistant United States Attorney
19          501 Las Vegas Boulevard South, Suite 1100
            Las Vegas, Nevada 89101.
20

21     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described

22  herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate

23  agency following publication of notice of seizure and intent to administratively forfeit the above-

24  described property.

25  ///

26  ///

4

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this ___ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE