STIP
**GABRIEL L. GRASSO, ESQ.**
Nevada Bar Number 7358
**GABRIEL L. GRASSO, P.C.**
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
Phone: (702) 868-8866
Fax: (702) 868-5778
Attorney for Defendant DOBKOWSKI

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALLAN DOBKOWSKI, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:13-cr-00070-GMN-PAL <br><br> **STIPULATION TO CONTINUE SENTENCING** <br><br> **(SECOND REQUEST)** |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS HEREBY STIPULATED AND AGREED, by and between the defendant, ALLAN DOBKOWSKI through his attorney of record GABRIEL L. GRASSO, ESQ., and the United States of America, through ANDREW DUNCAN, ESQ., Assistant United States Attorney, that the sentencing hearing currently scheduled for August 25, 2017, at 9:00 a.m., be vacated and continued to a date and time convenient to this court, but no event earlier than thirty (30) days.

This Stipulation is entered into pursuant to General Order 2007-04 and based upon the following:

1. DOBKOWSKI is currently set for sentencing on Friday, August 25, 2017.

2. Since the previous continuance, DOBKOWSKI'S heart condition has worsened and will require extensive medical testing. The defense has

provided a letter from DOBKOWSKI'S doctor to the Government confirming the current situation.

3. DOBKOWSKI is out of custody and does not object to this continuance.

4. Denial of this request for continuance would deny the defendant sufficient time to be able to assist in his sentencing, taking into account the exercise of due diligence.

5. This is the second request for a continuance of the sentencing date in this case.

DATED this 21st day of August, 2017.

RESPECTFULLY SUBMITTED BY:

| | |
|---|---|
| /s/ Andrew Duncan | /s/ Gabriel L. Grasso |
| ANDREW DUNCAN | GABRIEL L. GRASSO |
| Assistant United States Attorney | Attorney for DOBKOWSKI |

**GABRIEL L. GRASSO, ESQ.**
Nevada Bar Number 7358
**GABRIEL L. GRASSO, P.C.**
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
Phone: (702) 868-8866
Fax: (702) 868-5778
Attorney for Defendant DOBKOWSKI

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLAN DOBKOWSKI,<br><br>    Defendant. | Case No.: 2:13-cr-00070-GMN-PAL<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER<br><br>(SECOND REQUEST) |

## FINDINGS OF FACT

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. The defendant will require a reset of the sentencing date to undergo medical testing of a heart condition.

2. This stipulation complies with General Order 2007-04.

## CONCLUSIONS OF LAW

1. Denial of this request for continuance would deny DOBKOWSKI assistance of counsel at his sentencing in this case.

2. Additionally, denial of this request for continuance would result in a miscarriage of justice.

3. For all of the above stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing date.

4. The additional time requested by the stipulation, is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## **ORDER**

**IT IS ORDERED** that the sentencing hearing currently scheduled for August 25, 2017, at 9:00 a.m., be vacated and continued to September 28, 2017 at 10:00 a.m. in Courtroom 7C.

DATED this __24th__ day of __August__, 2017.

_____
UNITED STATES DISTRICT JUDGE