✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 28 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-070-GMN-(PAL) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| ALLAN DOBKOWSKI, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 1955(d) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant Allan Dobkowski to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Allan Dobkowski pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 189; Plea Agreement, ECF No. 190; Preliminary Order of Forfeiture, ECF No. 192.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 15, 2017, through May 14, 2017, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 193.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America:

1. $2,000.00;
2. $430.13;
3. $3,145.42;
4. $10,345.25;
5. $58,951.42;
6. $1,000.65;
7. $818.33;
8. $30,045.00;
9. $1,903.48;
10. $49,205.27;
11. $4,000.00;
12. $53,500.00;
13. $7,638.45;
14. $5,891.45;
15. $5,884.68;
16. $64,361.89;
17. $34,535.00;
18. $2,400.00;
19. $9,088.28;

20. $22,038.49;

   21. $5,664.61;

   22. $2,078.12; and

   23. $10,935.71

(all of which constitutes property); and

that the United States recover from Allan Dobkowski the in personam criminal forfeiture money judgment of $533,091, and that the property will be applied toward the payment of the money judgment; and

the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 1955(d) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and (p); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 28 day of Sept, 2017.

_____
UNITED STATES DISTRICT JUDGE