DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN BROWN & PREMSRIRUT
520 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALLAN DOBKOWSKI, ) <br> ) <br> Defendants. ) <br> _____ ) | 2:13-CR-00070-GMN-PAL |

**STIPULATION TO CONTINUE REVOCATION HEARING**
(Second Request)

**IT IS HEREBY STIPULATED AND AGREED,** by and between Nicholas D. Dickinson, Assistant U.S. Attorney, counsel for the United States of America, and David T. Brown, counsel for defendant, that the revocation hearing be currently scheduled for June 17, 2020, be continued at least forty-five (45) days and that it be set for a date and time convenient to the court.  This Stipulation is entered into for the following reasons:

1. The parties are waiting to see the resolution of  Mr. Dobkowski's recent arrest in Henderson and that matter has currently been set for status check in Henderson have on July 9, 2020.

2. The parties believe that the resolution of the Henderson case will assist in reaching a suggested resolution in the instant case.

3. Additionally, Mr. Dobkowski is 65 years old with a history of lung issues and has suffered from pneumonia twice in the last two (2) years.

4. The parties feel additional time will be needed and would like to avoid appearing at Court until conditions have improved..

5. The undersigned has spoken to Mr. Dobkowski and he has no objection to this request for a continuance.

6. The additional time requested herein is not sought for purposes of delay.

**DATED** this 11th day of June, 2020.

                                             /s/                                    
DAVID T. BROWN, ESQ.
Counsel for Defendant

                                             /s/                                    
NICHOLAS D. DICKINSON, ESQ.
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 2:13-CR-00070-GMN-PAL |
| vs. | ) ) | **FINDINGS OF FACT, CONCLUSIONS** |
| ALLAN DOBKOWSKI, | ) ) | **OF LAW, AND ORDER** |
| Defendants. | ) ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties are waiting to see the resolution of Mr. Dobkowski's recent arrest in Henderson and that matter has currently been set for status check in Henderson have on July 9, 2020.

2. The parties believe that the resolution of the Henderson case will assist in reaching a suggested resolution in the instant case.

3. Additionally, Mr. Dobkowski is 65 years old with a history of lung issues and has suffered from pneumonia twice in the last two (2) years.

4. The parties feel additional time will be needed and would like to avoid appearing at Court until conditions have improved..

5. The undersigned has spoken to Mr. Dobkowski and he has no objection to this request for a continuance.

6. The additional time requested herein is not sought for purposes of delay.

**CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare taking into account the exercise of due diligence.

**IT IS FURTHER ORDERED** that the June 17, 2020, revocation hearing be vacated and continued to August 5, 2020, at the hour of 10:00 a.m., in Courtroom 7D before Judge Gloria M. Navarro.

**IT IS FURTHER ORDERED** that this is a firm hearing date and no further continuances will be granted without a hearing to demonstrate a sufficient basis for delay.

**DATED** this ___15___ day of June, 2020.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 11th day of June, 2020, the **STIPULATION TO CONTINUE SENTENCING** was electronically served upon all attorneys of record in this matter.


BY: _____/s/_____
David T. Brown
Nevada Bar No. 6914
520 S. Fourth Street, #320
Las Vegas, Nevada 89101