DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN BROWN & PREMSRIRUT
520 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALLAN DOBKOWSKI, ) <br> ) <br> Defendants. ) <br> _____ ) | 2:13-CR-00070-GMN-PAL |

**STIPULATION TO DISMISS REQUEST FOR SUPERVISED RELEASE REVOCATION**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Nicholas D. Dickinson, Assistant U.S. Attorney, counsel for the United States of America, and David T. Brown, counsel for defendant, that the Government's Request for Supervised Release Revocation be dismissed. This Stipulation is entered into for the following reasons:

1. The criminal charges filed against Mr. Dobkowski, that were the basis of the Revocation, have been dismissed.

2. United States probation has decided to dismiss their request for Supervised Release Revocation against Mr. Dobkowski.

3. The parties have no objection to the Supervised Release Revocation being dismissed and would have no objection to the Court vacating the hearing.

4. Should the Court decide that the parties need to appear for the August 5th hearing the parties would request that they be permitted to appear by video rather than appear in person.

5. If the Court requests the parties to appear in person the parties will of course honor any request of the Court.

**DATED** this 29th day of July, 2020.

_____/s/_____
DAVID T. BROWN, ESQ.
Counsel for Defendant


_____/s/_____
NICHOLAS D. DICKINSON, ESQ.
Assistant United States Attorney


## **ORDER**

**IT IS HEREBY ORDERED** that the above Stipulation to Dismiss Request for Supervised Release Revocation, (ECF No. 239), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Revocation of Supervised Release Hearing set for August 5, 2020, is **VACATED**.

**DATED** this 29 day of July, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 29th day of July, 2020, the **STIPULATION TO DISMISS THE REVOCATION HEARING** was electronically served upon all attorneys of record in this matter.

BY: _____/s/_____
David T. Brown
Nevada Bar No. 6914
520 S. Fourth Street, #320
Las Vegas, Nevada 89101