JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-070-GMN-BNW |
| Plaintiff, | **Motion to Vacate the Substitution and Forfeiture Order of Allan Dobkowski's Property, ECF No. 246, and Order** |
| v. | |
| ALLAN DOBKOWSKI, | |
| Defendant. | |

The United States respectfully moves this Court to vacate the Substitution and Forfeiture Order of Allan Dobkowski's Property, ECF No. 246, because on September 27, 2022, the undersigned received confirmation that Dobkowski wire transferred $158,165.08 to the United States Treasury. That amount is the balance due on Dobkowski's criminal forfeiture money judgment. It is paid in full.

After this Court signs and the court clerk certifies this document, the government will record it with the Clark County Records Office to remove the Substitution and Forfeiture Order that transferred the ownership of the property from the previous owner to

/ / /

/ / /

/ / /

/ / /

/ / /

the United States, returning the property to previous owner. The government will also release the judgment lien recorded at previous owner.

Dated: September 28, 2022.

Respectfully submitted,
JASON M. FRIERSON
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.**

Dated this  29  day of September, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT